_____

No. 95-1437
_____

Larry Crossley,                    *
                                   *
          Appellant,               *
                                   *  Appeal from the United States
     v.                            *  District Court for the
                                   *  Northern District of Iowa.
Liberty Bank & Trust Co.,          *
formerly known as Forest City      *       [UNPUBLISHED]
Bank & Trust Co.; Thomas J.        *
Hromatka, C.E.O.; Hertz Farm       *
Management Inc.; Gary Loos, as     *
Receiver; Farmers Coop             *
Association Forest City; Farmers   *
Co-op Elevator Co. Thompson;       *
Farmers Co-op Elevator Co.         *
Leland; Don Severson; Gary         *
Sterling; Ronald G. Pyle; Ronald   *
Penning, and yet to be named       *
John Does,                         *
                                   *
          Appellees.               *

_____

          Submitted:  December 29, 1995

             Filed:  January 10, 1996
_____

Before WOLLMAN, MAGILL, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     Larry Crossley appeals from the district court's[1] orders
granting summary judgment in favor of defendants, and denying his
motion for reconsideration.  Having carefully reviewed the record

_____

     [1]The Honorable Mark W. Bennett, United States District Judge
for the Northern District of Iowa.

and the parties' briefs, we conclude the judgment of the district court was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.